**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**JERARDO GONZALEZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.  CR-F-04-5258 |
| ) | |
| ) | **STIPULATION TO CONTINUE** |
| Plaintiff, ) | **SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| JOSE ALONZO ARRELLANO, ) | |
| JERARDO GONZALEZ, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant JERARDO GONZALEZ, by and through his counsel of record, NICHOLAS F. REYES, Defendant JOSE ALONZO ARRELLANO, by and through counsel of record, CAROLINE C. McCREARY, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, CARL FALLER, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, August 22, 2005, at 1:30 p.m. be continued to Monday, October 3, 2005, at 1:30 p.m. in the courtroom for the Honorable Oliver W. Wanger, District Judge.

///

//

///

This continuance is based on good cause so that the defendants can fulfill their safety valve obligations and/or qualify for safety valve.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 08/17/05

/s/ Nicholas F. Reyes
NICHOLAS F. REYES, ESQ.
Attorney for Defendant
**JERARDO GONZALEZ**

IT IS SO STIPULATED

Dated: 08/17/05

/s/ Caroline C. McCreary
CAROLINE C. McCREARY, ESQ.
Attorney for Defendant
**JOSE ALONZO ARRELLANO**

**IT IS SO STIPULATED**

Dated: 08/17/05

/s/ Carl Faller
CARL FALLER
Assistant U.S. Attorney

**IT IS SO ORDERED**

Dated: __August 18, 2005      /s/ OLIVER W. WANGER_____

OLIVER W. WANGER