**CAROLINE C. McCREARY, #176563**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 696-4529
Facsimile:   (559) 486-4533

Attorney for Defendant
**JOSE ALONZO ARELLANO**

**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**JERARDO GONZALEZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | **CASE NO. CR-F-04-5258-OWW** |
| ) | |
| Plaintiff,  ) | **STIPULATION TO CONTINUE DATE FOR SELF-SURRENDER** |
| ) | |
| v.  ) | |
| ) | |
| JOSE ALONZO ARELLANO,  ) | |
| JERARDO GONZALEZ,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

Defendant JOSE ALONZO ARELLANO, by and through his counsel of record, CAROLINE C. McCREARY, defendant, JERARDO GONZALEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, CARL FALLER, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the date for self-surrender in the above-referenced case currently scheduled for Tuesday, May 30, 2006 be continued to Monday, July 31, 2006 as to both defendants. Defendants shall surrender for service of sentence at the institution designated by the Bureau of Prisons or to the custody of the U.S. Marshal by 2:00 p.m. on July 31, 2006.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: May 30, 2006

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant
JERARDO GONZALEZ

Dated: May 30, 2006

/s/ Caroline C. McCreary
CAROLINE C. McCERARY
Attorney for Defendant
JOSE ALONZO ARELLANO

**IT IS SO STIPULATED**

Dated: May 30, 2006

/s/ Carl Faller
CARL FALLER
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 1, 2006**
emm0d6

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE