```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,          )
                                          ) 1:04-CR-5258 OWW
            Plaintiff,       )
  vs.                              )
                                          ) ORDER FOR RETURN OF
JERARDO GONZALEZ,                  ) NOTE AND DEED OF TRUST
                                          )
            Defendants.      )
_____)

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:     04-2427468

Receipt No.:  101-6037

IT IS SO ORDERED.

Dated:   January 23, 2008            /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE