UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) | |
|                                       ) | 1:04-cr-5258 OWW |
|             Plaintiff,                ) | |
|    vs.                                ) | |
|                                       ) | ORDER FOR RETURN OF |
| JERARDO GONZALEZ,                     ) | PASSPORT |
|                                       ) | |
|             Defendants.               ) | |
| _____) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.:  300227915

Receipt No.:   100-200299
IT IS SO ORDERED.

Dated:   __January 23, 2008__            _____/s/ Oliver W. Wanger_____
                                         UNITED STATES DISTRICT JUDGE